# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **ROBERT LEWIS JR.**, on behalf of himself and others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>**EXCELLENCE FORWARD LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-3927<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jessica Meroney, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to Excellence Forward, LLC in Travis County, TX on July 22, 2025 at 1:04 pm at 5900 Balcones Club Drive, Suite 100, Austin, TX 78731 by leaving the following documents with Bianca Gonzales who as Authorized Agent at Registered Agent Services is authorized by appointment or by law to receive service of process for Excellence Forward, LLC.

Class Action Complaint, Jury Trial Demanded

Hispanic or Latino Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.3416633333,-97.7550666667
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Williamson County__, __TX__ on __7/23/2025__.

/s/ *Jessica Meroney*
_____
Signature
Jessica Meroney
+1 (512) 507-1669



Exhibit 1a)