# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis Jr., on behalf of himself and others similarly situated | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. 1:25-cv-3927-SDG * |
| Excellence Forward LLC, | * * |
| Defendant. | * * |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1. Defendant Excellence Forward LLC, hereby moves this Court for an order extending Defendant's deadline to respond to Plaintiff's complaint. Plaintiff consents to Defendant's motion.

2. Defendant was served with the summons and complaint on July 22, 2025. Defendant's current deadline to answer or otherwise respond to Plaintiff's complaint falls on August 12, 2025.

3. Defendant's counsel was recently retained and requires more time to respond to the complaint. Plaintiff has agreed to extend the time for Defendant to respond to Plaintiff's complaint through and including September 10, 2025.

1

4. Accordingly, Defendant respectfully requests that the Court extend the time for Defendants to respond to the complaint through and including September 10, 2025.

5. A proposed Order granting this extension is attached as Exhibit "A."

Respectfully submitted, this the 8th day of August, 2025.

        BERMAN FINK VAN HORN, P.C.

        By:    */s/ Benjamin I. Fink*
                  Benjamin I. Fink
                  Georgia Bar No. 261090
                  3475 Piedmont Road, N.E.
                  Suite 1640
                  Atlanta, Georgia 30305
                  Phone: 404-261-7711
                  bfink@bfvlaw.com
                  *Counsel for Defendants*

        ROTH JACKSON GIBBONS CONDLIN, PLC

                  Joseph Bowser
                  1519 Summit Avenue
                  Suite 102
                  Richmond, Virginia 23230
                  Phone: 804-441-8701
                  jbowser@rothjackson.com
                  *Counsel for Defendants*

                  Motion for Admission *Pro Hac Vice* forthcoming

        CHINN LAW FIRM, LLC

        By:    */s/ Valerie Chinn*
                  *(signed by Benjamin Fink with Valerie Chinn's express permission)*

>Valerie Chinn
>Georgia Bar No. 248468
>245 N. Highland Ave.
>Suite 230 #7
>Atlanta, GA 30307
>Phone: 404-955-7732
>vchinn@chinnlawfirm.com
>*Counsel for Plaintiff and the proposed class*
>
>PARONICH LAW, P.C.
>
>>Anthony I. Paronich
>>Paronich Law, P.C.
>>350 Lincoln Street
>>Suite 2400
>>Hingham, MA 02043
>>Phone: 617-485-0018
>>anthony@paronichlaw.com
>>*Counsel for Plaintiff and the proposed class*