# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis Jr., on behalf of himself and others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> Excellence Forward LLC, <br><br> Defendant. | Civil Action No. 1:25-cv-3927-SDG |

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE REPSOND TO PLAINTIFF'S COMPLAINT**

The Court, having considered the Parties' Consent Motion for Extension of Time for Defendant to File an Answer or Otherwise Respond to Plaintiff's Complaint, finds there is good cause to grant the relief requested in the Motion. It is therefore hereby ordered that the time in which Defendant has to answer or otherwise respond to Plaintiff's Complaint, preserving all affirmative defenses, in the above-captioned matter shall be extended through and including Wednesday, September 10, 2025.

IT IS SO ORDERED, this ___ day of _____, 2025.

_____
Honorable Steven D. Grimberg
United States District Judge
Northern District of Georgia

1