IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis Jr., on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>Excellence Forward LLC,<br><br>Defendant. | Civil Action No. 1:25-cv-3927-SDG |

**DEFENDANT'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Excellence Forward LLC certifies the following:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

   Plaintiff:     Robert Lewis Jr.

   Defendants: Excellence Forward LLC
   - Unified Marketing Partners LLC wholly owns Excellence Forward LLC.

2. The undersigned further certifies that the following is a full and

1

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

>None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

(a) For Plaintiff:

>Valerie Chinn
>Chinn Law Firm, LLC
>245 N. Highland Ave.
>Suite 230 #7
>Atlanta, GA 30307
>Phone: 404-955-7732
>vchinn@chinnlawfirm.com

>Anthony I. Paronich
>Paronich Law, P.C.
>350 Lincoln Street
>Suite 2400
>Hingham, MA 02043
>Phone: 617-485-0018
>anthony@paronichlaw.com

(b) For Defendants:

>Benjamin I. Fink
>Berman Fink Van Horn P.C.
>3475 Piedmont Road, N.E.
>Suite 1640
>Atlanta, Georgia 30305
>Phone: 404-261-7711

bfink@bfvlaw.com

Joseph Bowser
Roth Jackson Gibbons Condlin, PLC
1519 Summit Avenue
Suite 102
Richmond, Virginia 23230
Phone: 804-441-8701
jbowser@rothjackson.com

Dated: August 8, 2025			Respectfully submitted,

BERMAN FINK VAN HORN, P.C.

By:	/s/ Benjamin I. Fink
	Benjamin I. Fink
	Georgia Bar No. 261090
	3475 Piedmont Road, N.E.
	Suite 1640
	Atlanta, Georgia 30305
	Phone: 404-261-7711
	bfink@bfvlaw.com
	*Counsel for Defendants*

ROTH JACKSON GIBBONS CONDLIN, PLC

Joseph Bowser
1519 Summit Avenue
Suite 102
Richmond, Virginia 23230
Phone: 804-441-8701
jbowser@rothjackson.com
*Counsel for Defendants*

Motion for Admission *Pro Hac Vice* forthcoming