# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ROBERT LEWIS JR.**, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**EXCELLENCE FORWARD LLC**,<br><br>Defendant. | **Civil Action No. 1:25-cv-3927-SDG** |

## EXCELLENCE FORWARD LLC'S MOTION TO STAY AND TO COMPEL ARBITRATION

Defendant Excellence Forward LLC ("Excellence Forward"), through counsel, respectfully moves this Court to stay this case pursuant to 9 U.S.C. § 3, and order Plaintiff to submit to and participate in arbitration with Excellence Forward pursuant to 9 U.S.C. § 4, in accordance with the terms set forth in the underlying arbitration agreement. Pursuant to Local Rule 7.1(A)(1), the reasons and legal authority in support of this Motion are set forth in the accompanying Memorandum of Law.

Dated: September 10, 2025

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By: */s/Benjamin I. Fink*
Benjamin I. Fink

                                          Georgia Bar No. 261090
                                          3475 Piedmont Road, N.E., Suite 1640
                                          Atlanta, Georgia 30305
                                          (404) 261-7711
                                          bfink@bfvlaw.com
                                          *Counsel for Defendant*
                                          *Excellence Forward LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this September 10, 2025, a copy of the foregoing document was served via this Court's Electronic Case Filing (ECF) system upon:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

Valerie Lorraine Chinn
Chinn Law Firm, LLC
245 N. Highland Ave., Suite 230 #7
Atlanta, GA 30307
Email: vchinn@chinnlawfirm.com

*Counsel for Plaintiff*


        By:   */s/Benjamin I. Fink*
              Benjamin I. Fink
              Georgia Bar No. 261090