# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**ROBERT LEWIS JR.**, *on behalf of himself and others similarly situated*,

    Plaintiff,

**v.**

**EXCELLENCE FORWARD LLC**,

    Defendant.

**Civil Action No. 1:25-cv-3927-SDG**

## DECLARATION OF BLAINE BEICHLER

Pursuant to 28 U.S.C. § 1746, I, Blaine Beichler, under penalty of perjury, declare as follows:

1.    My name is Blaine Beichler. I am over the age of 18, and competent to make this declaration.

2.    I am Head of Operations and Business Development for Excellence Forward LLC ("Excellence Forward").

3.    Excellence Forward provides interested consumers with information concerning money-saving resources and promotional deals, both directly and via certain third-party partners. For example, Excellence Forward partners with RewardZinga to receive contact information of consumers who consented to

1

receive information and offers from RewardZinga and its third-party marketing partners like Excellence Forward.

4.     RewardZinga provides marketing and rewards to consumers, such as gift cards, in exchange for the consumers' participation in promotional deals, and connects consumers with other available promotional deals through its third-party marketing partners like Excellence Forward. RewardZinga secures its website visitors' consent to receive emails and text messages from it and its third-party marketers, including Excellence Forward.

5.     As a third-party marketing partner of RewardZinga, Excellence Forward reviews the consumer opt-in flows and Terms and Conditions of RewardZinga before they are published, and RewardZinga is contractually required to inform me of any proposed changes to those opt-in flows or Terms and Conditions before they are published.

6.     In my position as Excellence Forward's Head of Operations and Business Development, I am responsible for reviewing RewardZinga's Terms & Conditions prior to any changes, as well as regularly auditing RewardZinga's compliance with its requirement to inform me of any changes, and use of the agreed-upon consumer opt-in flows and terms on its website.

7.  Through my regular auditing of RewardZinga's consumer opt-in flows, I have regular access to and first-hand knowledge of RewardZinga's online opt-in process described below.

8.  On April 10, 2025, RewardZinga received Plaintiff's agreement to its online Terms & Conditions, and consent to receive marketing text messages on behalf of itself and its marketing partners, including Excellence Forward, which notice and data we receive in automated data transfers directly from RewardZinga and import into our CRM for our communications with the subscribers.

9.  On April 10, 2025, Plaintiff agreed to RewardZinga's Terms & Conditions (the "Terms"), among other contractual terms, and we began sending him our messages shortly after he provided his consent that day.

### RewardZinga's Sign-Up Process

10.  On April 10, 2025, a consumer could consent to receive marketing messages from RewardZinga and its third-party advertisers (including Excellence Forward) by doing the following:

11.  First, visiting the RewardZinga URL at issue here:

https://rewzinga.com/250-visa-gift-card-rewards-v-5-instructional-subheader-pill-type-in

12.  Upon reaching that website, the consumer was presented with the following screen. That screen advertised the possibility of getting "a $250 Visa

Gift Card" and asked the consumer "Do you like gift cards?" The consumer could answer that question by clicking "Yes" or "No":



13.    After answering that question, the consumer was then asked "How will you use your gift card?" The consumer could answer that question by clicking "Keep it" or "Give it to a friend":



14.     If the consumer answered that question, the consumer was then asked "About how many times do you go shopping per week?" The consumer could answer that question by clicking "< 3," "3-7," "7-10," or "10+":



15.     If the consumer clicked on one of those answers, the consumer was then prompted to enter his or her email address. Below that prompt, a consumer could click "Continue" after he or she entered his or her email address. Directly between where the consumer would enter their email address and where they could choose to click "Continue," the following agreement terms appeared: "By clicking Continue, I agree to receive marketing and promotional emails from RewardZinga and our partners. I also agree to the Terms & Conditions, **including mandatory arbitration**, Privacy Policy . . ." (emphasis added).



As depicted, the "Terms & Conditions" is a hyperlink to RewardZinga's Terms, which were last modified on March 26, 2025. A true and correct copy of RewardZinga's Terms in effect on April 10, 2025 is attached hereto as **Exhibit A**.

16.    If a consumer attempted to click "Continue" without first entering his or her email address, the outline of the box for entering an email address turned red, and the consumer could not continue without entering his or her email address, as depicted here:



17.     As shown above, that opt-in page included a link to RewardZinga's "Terms & Conditions" in blue, hyperlinked text, and was immediately followed by a clause stating "including mandatory arbitration."

18.     After a consumer entered his or her email address and then consented to RewardZinga's Terms by clicking "Continue," the consumer was then prompted to enter his or her telephone number. Upon entering his or her telephone number, the consumer could click "Continue." Directly between where a consumer would enter their phone number and where the consumer could click "Continue," the following agreement language appears, as depicted below:

> By selecting "Continue", I provide my ESIGN signature and express consent for RewardZinga, **Unified Marketing Partners**, USMsg, MyJobMobile, Grant-Navigators, OMG Sweeps, Best Day Ever

Sweepstakes, FamilyRecoveryHub and Dollar-Sensei **to contact me at the phone number I provided for marketing and transactional messages via text and calls**, which may use automated, manual, prerecorded, or AI technology, until I revoke consent. This applies even if my number is on a "Do Not Call" list. Consent is not required to use this site or obtain goods/services. Click here to proceed without consent. I have read and agree to the Terms & Conditions, including mandatory arbitration, for resolving disputes and TCPA claims.

(emphasis added). The full page appeared as follows:



19.    The "Terms & Conditions" was a hyperlink to RewardZinga's Terms, which, again, were last modified on March 26, 2025. *See* Ex. A.

20.    The "Unified Marketing Partners" clause was a hyperlink to the following page, which lists Excellence Forward as one of the Unified Marketing Partners entities and mentions "mandatory arbitration" and "waiver of class action lawsuits" in bold text, as follows:

## Subsidiary Hyperlink - Unified Marketing Partners

By providing your consent on the source page ("Source Page") of this hyperlinked page, you acknowledge your consent to be contacted, by the below listed entities, at the phone number you provided, for marketing and transactional messages via text and calls, which may use automated, manual, prerecorded or AI technology, which shall apply even if your number is on a Do-Not-Call list, until you revoke consent. You further acknowledge that the Terms and Conditions located on the Source Page contain provisions for **mandatory arbitration** and **waiver of class action lawsuits** for resolving disputes and by providing your consent on the Source Page, you acknowledge that the below listed entities may enforce the Terms and Conditions, including the above-referenced provisions, against you.

| | | | |
|---|---|---|---|
| ABA / American Benefit Alliance | ACTIVE / The Active Source | AWT / All Work Travel | CC7 / Cyber Cloud Seven |
| ECO / Go EcoGeek | EPO / Expecting Parents | EPRO / Excellence Forward | Famaid / My Family Aid |
| Home / Heavenly Home | HOAA / Homeowners Angels | HomeHelp / Home Helpers United | JET / Jet Quick |
| LyfeOG / Lyfe Off Grid | MPA / Maple Work Aid | Penny / Digital Penny Pincher | QUICK / Quick Space Now |
| RBEE / Red Bee | SPN / Select Preferred Network | TEXTR / Textr Online | TRN / True North |
| Vida / Better Vida | VSPT / Veteran Support Partners | ZIP / Zip Zip Zipper | |

*Note: Each of the names in the above list contain both the name of the entity (as shown after the forward slash) as well as the business' short name (as shown before the forward slash). Due to capacity restrictions, SMS messaging will contain only the business' short name.

21.    If a consumer attempted to click "Continue" without first entering his or her telephone number, the outline of the space for entering a telephone number

turned red, and the consumer could not continue until he or she entered his or her

telephone number, as depicted here:



22.    That consent form shows that the consumer, by entering his or her

telephone number and clicking "Continue," was opting in to receive texts messages

from RewardZinga and the Unified Marketing Partners companies, which include

Excellence Forward, and was reconfirming his or her agreement to RewardZinga's

Terms, which include mandatory arbitration. As shown above, that opt-in page put a link to RewardZinga's "Terms & Conditions" in blue, hyperlinked text, and was immediately followed by a clause stating "including mandatory arbitration."

23.    On that opt-in page, upon the consumer entering his or her telephone number, the consumer had the option to "Click here to proceed without consent" instead of clicking "Continue." If the consumer clicked "Click here" instead of "Continue," he or she was allowed to proceed, but RewardZinga would not share the consumer's email or telephone number with any of its marketing partners, including Excellence Forward.

### RewardZinga's Terms and Conditions

24.    The consumer, by entering his or her email and clicking "Continue," agreed to RewardZinga's Terms, including mandatory arbitration.  The Terms could be immediately accessed and reviewed by clicking on the phrase "Terms & Conditions," which would take the consumer directly to a copy of RewardZinga's Terms.

25.    On the following page of the opt-in process, the consumer, by entering his or her telephone number and clicking "Continue," reconfirmed his or her agreement to RewardZinga's Terms and mandatory arbitration. The Terms could be immediately accessed and reviewed again by clicking on the phrase "Terms & Conditions," which would take the consumer directly to a copy of

RewardZinga' Terms. The Terms were also accessible at the bottom of every page, including the consent pages shown above in Paragraphs 15 and 18.

26.     The consumer was notified, in capitalized and bolded lettering on the first page of the Terms, that the Terms contained an agreement to arbitrate claims against RewardZinga and its Marketing Partners, as well as a class-action waiver. *See* Ex. A. The notice stated the following:

**<u>MANDATORY ARBITRATION &
WAIVER OF RIGHT TO CLASS ACTION</u>**

These Terms contain a mandatory arbitration provision, as detailed below, that requires you to arbitrate, individually, **all disputes or claims that you may have with** us, **related parties, advertisers, including telemarketing partners, and persons with whom we share your personal information where you have given us your consent to do so ("Marketing Partners"), all of whom are third-party beneficiaries of the mandatory arbitration provision**. Thus, for example, if you provide prior express written consent to be contacted via telemarketing or SMS/text messaging, any claims that you may have regarding any telemarketing or SMS/text messages that you receive from us or our Marketing Partners are subject to the mandatory arbitration provision. The mandatory arbitration provision also waives your right to participate in a class action or multi-party arbitration. There are two narrow exceptions to the mandatory arbitration provision: (1) you may opt-out by providing written notice of your decision to do so within thirty (30) days of the date that you first register on a Website; and (2) you may opt-out by filing a claim in Small Claims Court provided the requirements described below are met.

***For the avoidance of doubt and without limiting the foregoing, you agree to arbitrate any dispute related to any emails, text messages or telephone calls you may receive from us or our Marketing Partners in conjunction with your interactions with us, our Website, or any Website Promotions.***

*Id*. (emphasis added).

27.     In the Binding Arbitration Agreement and Class Action Waiver section of the Terms, the consumer was advised in capitalized, bolded, and italicized lettering that, by agreeing to the Terms, he or she was giving up his or her "***RIGHT TO GO TO COURT, INCLUDING [HIS OR HER] RIGHT TO A JURY TRIAL***," and that he or she "***MAY ONLY BRING CLAIMS AGAINST [REWARDZINGA] AND [ITS] MARKETING PARTNERS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING***." *Id*.

28.     Some of the other pertinent parts of the full Binding Arbitration Agreement and Class Action Waiver section of the Terms state as follows:

> ***BY AGREEING TO THIS ARBITRATION AGREEMENT, YOU ARE GIVING UP YOUR RIGHT TO GO TO COURT, INCLUDING YOUR RIGHT TO A JURY TRIAL.*** **Should a dispute arise concerning** the Website, Website **Promotions**, Content, the terms and conditions of the Agreement or the breach of same by any party hereto, including our Marketing Partners: (a) **the parties agree to submit their dispute for resolution by arbitration** before a reputable arbitration organization as mutually agreed upon by the parties in New York, New York, in accordance with the then-current Commercial Arbitration rules of the American Arbitration Association; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice to us by contacting us at info@rewardzinga.com. . . .
>
> **To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim,**

**dispute or controversy that you may have against Company
and/or its employees, officers, directors, members, representatives
and/or assigns, and its Marketing Partners as it relates to the
Website**. You agree to the entry of injunctive relief to stop such a
lawsuit or to remove you as a participant in the suit. You agree to pay
the attorney's fees and court costs that Company and Marketing
Partners incur in seeking such relief. This provision preventing you
from bringing, joining or participating in class action lawsuits: (i)
does not constitute a waiver of any of your rights or remedies to
pursue a claim individually and not as a class action in binding
arbitration as provided above; and (ii) is an independent agreement.
You may opt-out of these dispute resolution provisions by providing
written notice of your decision within thirty (30) days of the date that
you first access the Website.

*YOU UNDERSTAND THAT BY AGREEING TO THIS
ARBITRATION AGREEMENT, WHICH CONTAINS THIS
CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS
AGAINST US AND OUR MARKETING PARTNERS IN AN
INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR
CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR
REPRESENTATIVE PROCEEDING.*

You agree to the entry of injunctive relief to stop such a lawsuit or to
remove you as a participant in such a suit. This agreement does not
constitute a waiver of any of your rights and remedies to pursue a
claim individually and not as a class action in binding arbitration as
provided above. This provision preventing you from bringing, joining
or participating in class action lawsuits is an independent agreement.
You may opt-out of these Dispute Resolution Provisions by providing
written notice of your decision within thirty (30) days of the date that
you first visit the Website.

Ex. A (emphasis added).

29.    To recap, for a consumer to consent to receive marketing text

messages from RewardZinga and its marketing partners (which include Excellence

Forward) and agree to RewardZinga's Terms, he or she had to answer a number of

questions, enter his or her email and telephone number, and click "Continue" *twice* (thereby agreeing to RewardZinga's Terms, and then reconfirming his or her agreement to them).

### Plaintiff's Completion of RewardZinga's Opt-In Process

30.    On April 10, 2025, Plaintiff completed RewardZinga's marketing message opt-in process described above, including consenting to receive text messages and calls and agreeing to RewardZinga's Terms.  Specifically, Plaintiff answered a number of questions and provided his telephone number.

31.    On April 10, 2025, Plaintiff visited RewardZinga's website, answered a number of questions, entered his information (including his telephone number: (XXX) XXX-4154), and clicked "Continue" *twice*, thereby (1) opting in to receive marketing text messages from RewardZinga and its marketing partners with whom RewardZinga shared his contact information, including Excellence Forward, (2) agreeing to RewardZinga's Terms, and then (3) reconfirming his agreement.

32.    This type of data is regularly captured in real time by RewardZinga and conveyed to Excellence Forward, which we maintain in the ordinary course of business, and I routinely access and use this type of information in the ordinary course of my job responsibilities.

33.    Plaintiff did not opt-out of the Arbitration Agreement and Class Action Waiver contained in RewardZinga's Terms.

34.    After Plaintiff completed RewardZinga's opt-in process, and Excellence Forward was notified of such consent, Excellence Forward promptly sent text messages to Plaintiff's phone number, (XXX) XXX-4154, beginning with a welcome message on the same day of his opt-in on April 10, 2025.

35.    After receiving Plaintiff's consent to the Terms and to receive text messages, Excellence Forward continued to periodically send him additional messages, including after he interacted with various links included in the text messages, which our data shows that he clicked on and viewed on, among other dates, April 16, 2025, April 17, 2025, April 21, 2025, and April 22, 2025.

36.    Despite Excellence Forward's messages including routine reminders of how to opt-out of its campaign (i.e., by advising that he could text "STOP" to end), Plaintiff never opted out of Excellence Forward's campaign.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of September, 2025.


_____
BLAINE BEICHLER

16

# EXHIBIT A

# Rewards Terms and Conditions

**REWARDZINGA**

**Terms & Conditions**

**Last Modified 3/26/2025**

Welcome to RewardZinga's website ("Website"), owned and operated by RewardZinga ("RewardZinga"). Please review these Terms and Conditions ("Terms") closely and maintain a copy for your records, as they govern your access to and use of the Website.

By accessing and using the Website, including your participation in any promotion on the Website, whether offered by RewardZinga or one of our third-party partners ("Website Promotions"), you agree to accept these Terms, as well as the Website's Privacy Policy and any additional terms on the Website.  If you do not agree to and accept these Terms or the Website's Privacy Policy, please do not use or visit the Website, or participate in any of the Website Programs. We reserve the right to modify these Terms at any time in our sole discretion. Any material changes to these Terms will be posted on the Website and shall be binding from the date of posting. No provision of these Terms or modifications thereof shall create any rights in or benefits to any third party.

## MANDATORY ARBITRATION & WAIVER OF RIGHT TO CLASS ACTION

These Terms contain a mandatory arbitration provision, as detailed below, that requires you to arbitrate, individually, all disputes or claims that you may have with us, related parties, advertisers, including telemarketing partners, and persons with whom we share your personal information where you have given us your consent to do so ("Marketing Partners"), all of whom are third-party beneficiaries of the mandatory arbitration provision. Thus, for example, if you provide prior express written consent to be contacted via telemarketing or SMS/text messaging, any claims that you may have regarding any telemarketing or SMS/text messages that you receive from us or our Marketing Partners are subject to the mandatory arbitration provision. The mandatory arbitration provision also waives your right to participate in a class action or multi-party arbitration. There are two narrow exceptions to the mandatory arbitration provision: (1) you may opt-out by providing written notice of your decision to do so within thirty (30) days of the date that you first register on a Website; and (2) you may opt-out by filing a claim in Small Claims Court provided the requirements described below are met.

*For the avoidance of doubt and without limiting the foregoing, you agree to arbitrate any dispute related to any emails, text messages or telephone calls you may receive from us or our Marketing Partners in conjunction with your interactions with us, our Website, or any Website Promotions.*

## HOW THE REWARDS PROGRAM WORKS

To qualify for and claim a Reward, you must be a U.S. resident 18 years of age or older and:

1.    **Register.** While on the site, you will be asked to provide registration information, including your name, residential address, phone number and email.  Be sure to provide true, accurate, current and complete information during registration and to update your registration information as necessary.  Having accurate information on file with us will make getting your reward confirmed and delivered much easier and quicker.

2.   **Complete Deals.** *IN ORDER TO RECEIVE YOUR REWARD, YOU MUST COMPLETE THE REQUIRED NUMBER OF DEALS FOR YOUR REWARD, SOME OF WHICH MAY REQUIRE A PURCHASE OR PAID SUBSCRIPTION.*  A "Deal" is a product or service offered by one of our Marketing Partners.  You get credit for a Deal by completing certain steps, such as signing up for a subscription or downloading an app. The specific requirements necessary to receive credit for a Deal, including any purchase requirement, are included in the adjacent text boxes that appear when you click on Deals. Deals must be completed within 60 days of registration on the Website. A "Reward" is a gift card or other product that you may receive if you complete the required number of Deals.  **The number of Deals you'll need to complete is based on the Reward amount shown when you completed your first Deal. That first Deal locks in your Reward amount tier—even if you enter on or register on a different Reward amount before or after completing your first deal.**

Below is the number of deals required for each value:

- $100 – $249 Reward: Complete **6 Deals**
- $250 – $499 Reward: Complete **10 Deals**
- $500 – $749 Reward: Complete **15 Deals**
- $750 – $1,000 Reward: Complete **20 Deals**

Importantly, to be credited with a completion of a Deal, you must do the following:

·    Access the Deal through the Website.

·    Complete the requirements for the Deal, which are included in the text box when you click on the Deal.

· Use the same information for completing the Deal as you did during the registration process.

· Not have a third party, such as a friend or family member, complete the Deal for you.

· Be a new user for the product, service or app offered by the Deal.

· Do not engage in any activity that is in violation of these Terms.

For a Deal that requires a subscription or purchase, our Marketing Partner must be able to successfully bill your payment method for the number of times specified in the Deal's terms to receive the credit. Many Marketing Partners will not accept prepaid cards to complete Deals or give credit for a cancellation prior to the stated trial period. For Deals that involve apps, in nearly all cases, it must be the first time you've installed the app on your device, you must be a new user of the app, and you many need to reach a certain level to get credit as specified in the Deal terms.

3. **Claim the Reward.** Once you have completed the required number of Deals to qualify for the Reward, you will receive an email from RewardZinga with information on how to claim your Reward. You must follow the directions in the email and promptly complete the Rewards claim process, which simply requires that you confirm the information you previously provided and provide proof of identity, such as a government-issued ID. If you do not receive the email or have questions about the claim process, including the status of your claim, please contact us at support@rewardzinga.com. Once you start the Rewards claim process, you must complete it within thirty (30) days. Importantly, once you start the Rewards claim process, you cannot change the Reward value requested.

Note that some Deals may require verification, such as proof of completion, to confirm that you completed the Deal. Please keep all receipts, confirmation emails and other documentation should we require proof from you of a successfully completed Deal.

We reserve the right to substitute a Reward of equal or greater value if the Reward you earned is unavailable for any reason.

For more information, see our Program Requirements.

## SURVEY QUESTIONS AND OPTIONAL OFFERS ON THE WEBSITE

While on the Website, you may be presented with survey questions and optional marketing offers from our Marketing Partners. Completion of survey questions or optional offers are not required to earn a Reward, nor do they count towards your Reward requirements either.

·     **Survey Questions.**  The Website includes numerous survey questions to ascertain your interest in products and services.  If you do not wish to respond to survey questions, please select the "skip" button (or any similar button on the question).  To the extent that you elect to respond to survey questions and also consent to telemarketing or email marketing, information concerning your response to the survey questions may be shared with the Marketing Partners named in the consent.

·     **Optional Offers.**  The Website may contain Optional Offers from our Marketing Partners. These offers are typically marked as "Optional", "Sponsored," or something similar and they appear before the Deals eligible to get credit towards your Reward.

## FRAUDULENT ACTIVITY & SECURITY

Fraud and abuse relating to access to and use of the Website is strictly prohibited. In accessing the Website or participating in any Website Promotion, you represent and warrant that: (a) all information you supply is complete and accurate, (b) you are not acting in violation of any applicable laws, rule or regulations, or contrary to these Terms, and (c) you will not circumvent any provision in these Terms or a security feature on the Website or engage in any activity that interrupts or attempts to interrupt the operation of the Website.   Engaging in fraudulent or abusive conduct shall subject you to immediate sanctions as determined in our sole and absolute discretion, including without limitation: (1) account termination and access to the Website blocked; (2) all Deals completed by you will be invalidated and you will not be eligible for a Reward; and (3) any Rewards already received by you shall be subject to disgorgement and  recoupment. ANY ATTEMPT BY A PARTICIPANT TO DELIBERATELY DAMAGE OR UNDERMINE THE LEGITIMATE OPERATION OF THE WEBSITE AND WEBSITE PROGRAMS IS A VIOLATION OF CRIMINAL AND CIVIL LAW. SHOULD SUCH AN ATTEMPT BE MADE, THE PROGRAM PARTIES RESERVE THE RIGHT TO SEEK DAMAGES FROM ANY SUCH INDIVIDUAL TO THE FULLEST EXTENT PERMITTED.

We reserve the right to view, monitor and record activity on this Website without notice to or permission from you. Any information obtained through such monitoring, reviewing or recording is subject to review by law enforcement organizations in connection with investigation or prosecution of possible criminal activity on this Website. We will comply with all court orders involving requests for such information.

## INTELLECTUAL PROPERTY RIGHTS

The Website and its content ("Content") are owned, trademarked, and copyrighted by us with all rights reserved, except for third party trademarks, logos or service marks which may appear on our Websites. Your use of any Content without written permission from

us is prohibited. As a user of the Website, we grant you a non-exclusive, non-transferable, revocable, and limited license to access and use the Content for your own personal, non-commercial use in accordance with these Terms. By submitting any content to us, you grant us a perpetual, unlimited, irrevocable, royalty-free, non-exclusive, assignable and worldwide license to make, copy, perform, publish, display, distribute, transmit, translate, modify, prepare derivative works from and use such content in any form, media or technology now known or hereafter developed.

## PRIVACY

See our Privacy Policy, which is incorporated herein by reference, for more information concerning our collection and use of your personal information, the security of your personal information, and how to exercise your privacy rights.

## PUBLICITY

Any communication or material you transmit to us by electronic mail or otherwise, including but not limited to questions, comments, suggestions, or inquiries, will be treated as non-confidential and non-proprietary. Your acceptance of a Reward from or through the Website shall, unless prohibited by law, constitute a grant to us of all rights to print, publish, broadcast or use, worldwide, in any media now known or hereafter discovered and at any time, your name, picture, voice, and likeness for promotional purposes without additional compensation and without additional consent from you.

## INDEMNIFICATION

By using our Site, you agree to defend and hold harmless us, our parents, subsidiaries, and related parties, and each of their respective members, officers, directors, employees, agents, and other partners, harmless against any demands, claims or actions arising out of or as a result of (1) your access to or use of the Website or Website Promotions, (2) your breach or violation of these Terms, (3) your violation of any rights including, but not limited to, intellectual property rights, or (4) any deceptive, threatening, libelous, obscene, harassing, or offensive material contained in any of your email communications or other submissions to the Website.

## DISCLAIMER OF WARRANTIES

The Website and Website Promotions is subject to change and is provided to you "as is" without any warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability, fitness for a particular purpose or noninfringement.  We make no warranty that the activity and content relating to the Website or Website Promotions will (1) meet your requirements, (2) be uninterrupted, timely, secure, or error-free, or (3) be accurate or reliable.  We assume no responsibility for any damage to your computer system or loss of data that may

have resulted from material downloaded or otherwise obtained through activity relating to the Website or Website Promotions.

## LIMITATION OF LIABILITY

To the maximum extent allowed by applicable law, we will not be liable for any indirect, incidental, special, or consequential damages arising out of or relating to the Terms, the Website, or any Website Promotion, n o matter how caused. In no event will our total cumulative liability to any user exceed an amount equal to the lesser of (1) the value of the Reward for which the consumer has registered, (2) $1,000, or (3) the actual dollare amount the consumer spent on Deals.

## GOVERNING LAW

You agree that these Terms constitute the agreement between you and us, and that New York law controls, without regard to conflicts of law provisions. Any dispute that is not resolved by arbitration and proceeds in a state or federal court will be adjudicated in a court in the state of New York. You expressly waive any defense or objection to venue or personal jurisdiction.

## BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER

*BY AGREEING TO THIS ARBITRATION AGREEMENT, YOU ARE GIVING UP YOUR RIGHT TO GO TO COURT, INCLUDING YOUR RIGHT TO A JURY TRIAL.* Should a dispute arise concerning the Website, Website Promotions, Content, the terms and conditions of the Agreement or the breach of same by any party hereto, including our Marketing Partners: (a) the parties agree to submit their dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties in New York, New York, in accordance with the then-current Commercial Arbitration rules of the American Arbitration Association; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice to us by contacting us at info@rewardzinga.com. We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute, you can submit your dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties, in your county of residence, by filing a separate Demand for Arbitration by contacting us as info@rewardzinga.com. The parties agree that the arbitrator shall not consolidate more than one person's claims and shall not otherwise preside over any form of a representative or class proceeding. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the

arbitration, we will reimburse any reasonable attorneys' fees that you incurred for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing contained herein shall be construed to preclude any party from: (a) seeking injunctive relief in order to protect its rights pending an outcome in arbitration; and/or (b) pursuing the matter in small claims court rather than arbitration. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.

To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against Company and/or its employees, officers, directors, members, representatives and/or assigns, and its Marketing Partners as it relates to the Website. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that Company and Marketing Partners incur in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits: (i) does not constitute a waiver of any of your rights or remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and (ii) is an independent agreement. You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Website.

*YOU UNDERSTAND THAT BY AGREEING TO THIS ARBITRATION AGREEMENT, WHICH CONTAINS THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST US AND OUR MARKETING PARTNERS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.*

You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit. This agreement does not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first visit the Website.

## THIRD PARTY WEBSITES

The Website, Website Promotions, Content, emails or other transmissions may contain links to Websites owned or operated by third-party Marketing Partners.  These links are provided for your convenience only. We do not control, and are not responsible for,

the content or privacy policies on, or the security of, such Websites and disclaim any responsibility relating to such Websites. Neither do we endorse the content, or any products or services available, on such Websites.

## GENERAL PROVISIONS

These Terms constitute the entire agreement between you and us in connection with your use of the Website and Website Promotions and supersedes all prior agreements between the parties regarding the subject matter contained herein.

If any provision of these Terms of Use is found invalid or unenforceable, that provision shall be enforced to the maximum extent possible, and the other provisions contained herein will remain in full force and effect. No failure of either party to exercise or enforce any of its rights under these Terms of Use will act as a waiver of such rights. If you violate these Terms of Use, or otherwise create legal exposure or risk for us, we will stop providing all or part of Service to you. You may be notified by email or at the next time you attempt to access your account, or your access may be stopped without notice. By deleting your account and access all services will be terminated including termination from any current Rewards Program you have participated in.

## ELECTRONIC SIGNATURE

*YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THIS AGREEMENT AND OUR PRIVACY POLICY AND EXPRESSLY AGREE TO AND CONSENT TO BE BOUND BY ALL OF THE TERMS CONTAINED HEREIN AND THEREIN. THIS AGREEMENT SHALL HAVE THE SAME LEGAL FORCE AND EFFECT AS A WRITTEN DOCUMENT SIGNED BY YOU. ANY USE OF THIS WEBSITE BY YOU AFTER ANY AMENDMENTS OR MODIFICATIONS TO THESE TERMS AND CONDITIONS SHALL CONSTITUTE YOUR ACCEPTANCE OF THE MOST CURRENT VERSION OF THESE TERMS AND CONDITIONS AND THE AMENDMENT OF THE AGREEMENT BETWEEN US TO INCORPORATE SUCH AMENDED TERMS AND CONDITIONS.*

## CONTACT INFORMATION

The Website is owned and operated by:

RewardZinga

 68 White St, #7-291, Red Bank, NJ 07701

info@rewardzinga.com