IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS, JR., on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>EXCELLENCE FORWARD LLC<br><br>      Defendant. | Case No. 1:25-cv-3927-SDG |

### DECLARATION OF ROBERT LEWIS, JR.

1. My name is Robert Lewis, Jr.. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 404-XXX-XXXX is on the National Do-Not-Call Registry.

3. My telephone number 404-XXX-XXXX is a residential cellular telephone number.

4. I am the user of 404-XXX-XXXX.

5. The 404-XXX-XXXX number is registered in my name and I am the subscriber of record.

6. This number is used for personal, family, and household purposes.

7. I have never submitted my telephone number to Defendant Excellence Forward LLC, RewardZinga, or any affiliated entities. I have never visited their websites, including the URL referenced in Defendant's filing, nor have I ever seen

1

their Terms and Conditions or Privacy Policy before this litigation. I did not provide any consent for them or their partners to contact me.

8. I am not and have never been a customer of Defendant or its marketing partners. I have not entered into any contract or agreement with them, nor have I ever agreed to their arbitration or class waiver provisions.

9. I do not know what the RewardZinga website is. I have never registered for, interacted with, or provided information on that site.

10. Defendant claims I submitted information to RewardZinga on April 10, 2025. That is false. At that date and time, I did not access any RewardZinga site. I did not enter my name, email address, or phone number, nor did I click any button or take any step to provide consent.

11. I have reviewed my internet history, which does not include a visit to that site.

12. I have never authorized anyone to submit my personal information to these websites. Apart from my telephone number, the other information Defendant relies on is not mine.

13. With respect to financial information: I have my own credit cards, a total of two. I have not maxed out these cards and I am able to use them. I do not need to obtain additional credit cards. Any contrary suggestion is incorrect.

14. The unwanted text messages I received were not invited by me. They were highly annoying and disruptive. I took steps to avoid such communications by registering my number on the National Do-Not-Call Registry, yet the messages continued.

15. To be clear, I did not and would not intentionally "sign up" for a site in order to manufacture claims. I do nothing to precipitate these unwanted texts. They came without my consent and in violation of my rights.

16. I brought this case as a class action because I know many others are likely in the same position: receiving illegal telemarketing messages without consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this College Park, Georgia, in the United States of America,


_____

Robert Lewis, Jr.