UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS JR., *on behalf of himself and others similarly situated*,  <br><br>Plaintiff,  <br><br>v.  <br><br>EXCELLENCE FORWARD, LLC,  <br><br>Defendant. | Civil Action No.: 1:25-cv-03927  <br><br>Class Action Complaint  <br><br>Jury Trial Demanded |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiff Robert Lewis Jr. submits this Certificate of Interested Persons and Corporate Disclosure Statement:

1. The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporations and publicly held companies that own 10% or more of the stock of a party:

    - Plaintiff: Robert Lewis Jr.

    - Defendant: Excellence Forward, LLC (no publicly held parent corporation known).

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or

1

corporations that have a financial interest in, or other interest which could be substantially affected by, the outcome of this particular case:

- None known at this time.

Date: September 30, 2025     /s/ Anthony Paronich
                             Anthony I. Paronich
                             Paronich Law, P.C.
                             350 Lincoln Street, Suite 2400
                             Hingham, MA 02043
                             Tel: (617) 485-0018
                             anthony@paronichlaw.com

                             *Counsel for Plaintiff and the proposed class*

                             *\* Pro hac vice application to be filed*