## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

ROBERT LEWIS JR., *on behalf of himself* )
*and others similarly situated*,            )Civil Action No.:  1:25-cv-03927
                                            )
                                            )        Class Action Complaint
             Plaintiff,                     )
                                            )        Jury Trial Demanded
v.                                          )
                                            )
EXCELLENCE FORWARD, LLC,                    )
                                            )
             Defendant.                     )
_____ )

## NOTICE OF SETTLEMENT

Please take notice that the parties have reached an agreement in principle to resolve Plaintiff's individual claims against Defendant Excellence Forward, LLC. The parties anticipate filing a stipulation of dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, in due course.


Date: May 20, 2026          */s/ Anthony I. Paronich*
                            Anthony I. Paronich, *pro hac vice*
                            Paronich Law, P.C.
                            350 Lincoln Street, Suite 2400
                            Hingham, MA 02043
                            Tel: (617) 485-0018
                            anthony@paronichlaw.com

                            *Counsel for Plaintiff*

1