**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ROBERT LEWIS, JR.**, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> **v.** <br><br> **EXCELLENCE FORWARD LLC**, <br><br> Defendant. | **Civil Action No. 1:25-cv-03927-SDG** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert Lewis, Jr. hereby voluntarily dismisses this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, with each party to bear their own costs and fees.

Dated: June 22, 2026   Respectfully Submitted,

By:
*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street
Hingham, MA
02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com